IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:02cr010-MHT |
| KEVIN LEDYARD | ) | (WO) |

ORDER

It is ORDERED that the motions to dismiss (doc. nos. 151 and 152) are denied without prejudice.

DONE, this the 22nd day of December, 2011.

                            /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE